UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANA PADILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-05747-LHK<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to the parties' stipulation, this action is dismissed without prejudice. ECF No. 20. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 5, 2018

_____
LUCY H. KOH
United States District Judge

1

Case No. 17-CV-05747-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE